IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL DUNMARS,

    Plaintiff,

    v.                              Case No. 19-1012-EFM

FORD COUNTY, KS, BOARD OF
COMMISSIONERS,

    Defendant.

## **CONSENT ORDER FOR EXTENSION OF TIME TO RESPOND**

By agreement of the parties, the court hereby orders that the time for answering discovery shall be enlarged as follows: plaintiff shall have until May 24, 2019, to respond to defendants' request for admission, request for production, and first and second interrogatories. Defendant shall have an additional 7 days, until June 12, 2019, to respond to plaintiff's request for production and interrogatories. As discussed at the recent telephonic status conference, and as reiterated in the scheduling order, the parties are respectfully reminded to consider using a more efficient (and less expensive) Rule 29 stipulation for short discovery extensions that do not interfere with other deadlines.

IT IS SO ORDERED.

Dated May 20, 2019, at Kansas City, Kansas.

                                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge